JOSEPH W. SINGLETON, ESQ. (SBN 209862)
LAW OFFICES OF JOSEPH W. SINGLETON
23035 Ventura Blvd.
Woodland Hills, CA 91364
Telephone: (818) 999-1950
Facsimile: (818) 999-1955
Email: joesingleton.esq@verizon.net
*Attorneys for Plaintiff Kevin Cadogan*

RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email: ridell@dpf-law.com
         osandel@dpf-law.com
*Attorneys for Defendants Stephan Jenkins,
individually and doing business as 3EB Publishing,
and Third Eye Blind, Inc., a California corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN CADOGAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB PUBLISHING, an unknown entity; and DOES 1-20,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 3:18-CV-06342 (JCS)<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE;**<br><br>**[PROPOSED] ORDER**<br><br>(E-filing)<br><br>Hon. Joseph Spero, Presiding |

IT IS HEREBY STIPULATED by and between all of the parties to the above action, by and through their respective attorneys, pursuant to Fed. R. Civ. P., rule 41(a)(1)(A)(ii), that, upon

entry of a Court order hereon, the action (including the counterclaim) shall be, and is, hereby dismissed, in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED: _____, 2019      LAW OFFICES OF JOSEPH W. SINGLETON

By: /s/ Joseph Singleton
Joseph W. Singleton
*Attorneys for Plaintiff Kevin Cadogan*

DATED: _____, 2019      DICKENSON PEATMAN & FOGARTY P.C.

By: /s/ Richard J. Idell
Richard J. Idell
Ory Sandel
*Attorneys for Defendants Stephan Jenkins, individually and doing business as 3EB Publishing, and Third Eye Blind, Inc., a California corporation*

## **ATTESTATION OF CONCURRENCE**

I, Joseph W. Singleton, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Richard J. Idell, the above signatory.

DATED: _____, 2019      LAW OFFICES OF JOSEPH W. SINGLETON

By: /s/ Joseph Singleton
Joseph W. Singleton
*Attorneys for Plaintiff Kevin Cadogan*

## **[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that this action (including the counterclaim) shall be, and is, hereby dismissed, in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: August 21, 2019

_____
Hon. Joseph Spero
Magistrate Judge of the United States District Court
Northern District of California